IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-03226-RPM

PAMELA S. RAY,

    Plaintiff,

v.

NAR, INC.

    Defendant.

---

## ORDER GRANTING MOTION TO AMEND COMPLAINT

---

After review of plaintiff's Motion to Amend Complaint, filed January 1, 2014 [7], it is

ORDERED that the motion is granted and the First Amended Complaint attached as

Exhibit A [7-1], is accepted and filed with today's date.

DATED: January 2nd , 2014

                                                           BY THE COURT:

                                                           s/Richard P. Matsch
                                                           _____
                                                           Richard P. Matsch
                                                          Senior District Judge