THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-03226-RPM

PAMELA S. RAY,

    Plaintiff,

v.

N.A.R. INC.,

    Defendant.

_____

ORDER AWARDING ATTORNEY'S FEES
_____

Upon consideration of the plaintiff's motion for attorney fees, filed February 7, 2014, [Doc. 16], the defendant's response, filed February 28, 2014, [Doc. 17], the plaintiff's reply, filed March 7, 2014, [Doc. 18], the amended motion attorney fees, filed March 7, 2014, [19], and the defendant's response to the amended motion, filed March 15, 2014, [Doc.20], and considering the full record in this case, it is

ORDERED that the plaintiff is awarded an attorney's fee in the amount of $3,000.00.

Dated: March 17th, 2014

                                              BY THE COURT:

                                              s/Richard P. Matsch
                                              _____
                                              Richard P. Matsch, Senior District Judge